# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MOSHE BANNER,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

    Defendant.

Case No. 2:16-cv-01717-RFB-CWH

**ORDER**

    Presently before the Court is Plaintiff Moshe Banner's attorney's motion to stay proceedings (ECF No. 40) and motion to withdraw as attorney (ECF No. 41), filed on September 19, 2017. On September 25, 2017, the Court ordered a hearing on these motions (ECF No. 42). On September 28, 2017, attorney Mitchell S. Bisson filed a notice of appearance (ECF No. 44) on behalf of Plaintiff. In light of the notice of appearance, the hearing on this matter is unnecessary. Moreover, as the motion to stay was predicated on allowing time for Plaintiff to find a new attorney, the motion appears to be moot.

    IT IS THEREFORE ORDERED that Plaintiff's motion to stay proceedings (ECF No. 40) is DENIED as moot.

    IT IS FURTHER ORDERED that Plaintiff's attorney's motion to withdraw (ECF No. 41) is GRANTED.

    IT IS FURTHER ORDERED that the hearing scheduled for October 3, 2017 on the above motions is VACATED.

    DATED: September 28, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1