**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No.: 1396
matt@callcallister.com
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No.: 11920
mbisson@callcallister.com
**CALLISTER LAW GROUP**
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel.: (702) 385-3343
Fax: (702) 385-2899
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| MOSHE BANNER,<br><br>Plaintiff<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark; NAPHCARE, medical care provider for the Clark County Detention Center; LT. GRAHAM, in his individual capacity; DEFENDANT C. DUNN P#8253, in his individual capacity; DOE LICENSED PRACTICAL NURSE; RAY MONTENEGRO, NP, individually; KATRINA SIMEON, RN, individually, DOE DEFENDANTS I-X, individuals or officers employed at the CCDC, ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-1717-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br>**ECF NO.S [48], [49], [50], [51], AND [52]**<br><br>**SECOND REQUEST** |

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadlines to respond to Defendants' motions for summary judgment (See ECF No.s [48-52]) in the above-captioned case fourteen (14) days, up to and including January 10, 2016.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Due to the New Year Holiday, Counsel for the parties have met and conferred and agreed that, to best serve the interests of the parties the most efficient remedy is to reasonably extend the Plaintiff's deadline to respond and for Defendants to file replies.

WHEREFORE, the parties respectfully request that this Court extend the time for the Plaintiff to file his responses to the Defendants' motions for summary judgment – ECF No.s [48], [49], [50], [51], and [52] by fourteen (14) days from the current deadline of December 27, 2017 up to and including January 10th, 2018.

WHEREFORE, the parties respectfully request that this Court also extend the time, or otherwise allow time, for the Defendants to file replies in accordance with the extension of the Plaintiffs' response to Defendants' motions for summary judgment.

DATED this 27th day of December, 2017.
**CALLISTER LAW GROUP**

_/s/ Mitchell S. Bisson_
**Matthew Q. Callister, Esq.**
Nevada Bar No.: 1396
**Mitchell S. Bisson, Esq.**
Nevada Bar No.: 11920
Callister Law Group
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
*Attorneys for Plaintiff*

DATED this 27th day of December, 2017.
**LEWIS BRISBOIS BISGAARD & SMITH**

_/s/ Noel E. Eidsmore_
**Robert W. Freeman, Jr., Esq.**
Nevada Bar No. 3062
**Noel E. Eidsmore, Esq.**
Nevada Bar No. 7688
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants Las Vegas Metropolitan Police Department and Sergeant Craig Dunn*

CALLISTER LAW GROUP
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
T: (702) 385-3343 F: (702) 385-2899

CALLISTER LAW GROUP
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
T: (702) 385-3343 F: (702) 385-2899

DATED this 27th day of December, 2017.
**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

__/s/ Edward Silverman_____
**Leann Sanders, Esq.**
Nevada Bar No. 390
**Edward Silverman, Esq.**
Nevada Bar No. 13584
6605 Grand Montencito Pkwy., Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendants NaphCare Montenegro and Simeon*

## ORDER

IT IS SO ORDERED.

Dated this 28th day of __December__, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE