MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No.: 1396
matt@callcallister.com
MITCHELL S. BISSON, ESQ.
Nevada Bar No.: 11920
mbisson@callcallister.com
CALLISTER LAW GROUP
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel.: (702) 385-3343
Fax: (702) 385-2899
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MOSHE BANNER,<br><br>Plaintiff<br><br>vs.<br><br>LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark; NAPHCARE, medical care provider for the Clark County Detention Center; LT. GRAHAM, in his individual capacity; DEFENDANT C. DUNN P#8253, in his individual capacity; DOE LICENSED PRACTICAL NURSE; RAY MONTENEGRO, NP, individually; KATRINA SIMEON, RN, individually, DOE DEFENDANTS I-X, individuals or officers employed at the CCDC, ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-1717-RFB-CWH |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the named parties NAPHCARE, LT. RAY MONTENEGRO, NP, and KATRINA SIMEON, RN, and their respective counsel of records, that the above-referenced matter shall be dismissed with prejudice,

each party to bear their own fees and costs.

DATED this  12  day of January, 2018
CALLISTER LAW GROUP

_/s/ Matthew Q. Callister_____
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
330 E. Charleston Blvd., Ste. 100
Las Vegas, NV 89104
*Attorneys for Plaintiff*

DATED this  16  day of January, 2018
LEWIS BRISBOIS BISGAARD & SMITH

_/s/ Robert W. Freeman, Jr._____
ROBERT W. FREEMAN, JR., ESQ.
Nevada Bar No. 3062
NOEL E. EIDSMORE, ESQ.
Nevada Bar No. 7688
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorney for Defendants Las Vegas Metropolitan Police Department and Sergeant Craig Dunn*

DATED this _____ day of January, 2018
ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____
LEANN SANDERS, ESQ.
Nevada Bar No. 390
EDWARD SILVERMAN, ESQ.
Nevada Bar No. 013584
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
*Attorneys for Defendants
NaphCare, Montengro and Simeon*

## ORDER

IT IS SO ORDERED.

Dated this  22nd  day of January, 2018.

_/s/ Richard F. Boulware, II_____
RICHARD F. BOULWARE, II
United States District Judge

Page 2 of 2

prejudice, each party to bear their own fees and costs.

DATED this _____ day of January, 2018
CALLISTER LAW GROUP

DATED this _____ day of January, 2018
LEWIS BRISBOIS BISGAARD & SMITH

_____
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
330 E. Charleston Blvd., Ste. 100
Las Vegas, NV 89104
*Attorneys for Plaintiff*

_____
ROBERT W. FREEMAN, JR., ESQ.
Nevada Bar No. 3062
NOEL E. EIDSMORE, ESQ.
Nevada Bar No. 7688
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorney for Defendants Las Vegas Metropolitan Police Department and Sergeant Craig Dunn*

DATED this 12th day of January, 2018
ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____
LEANN SANDERS, ESQ.
Nevada Bar No. 390
EDWARD SILVERMAN, ESQ.
Nevada Bar No. 013584
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
*Attorneys for Defendants
NaphCare, Montengro and Simeon*

## ORDER

IT IS SO ORDERED.

Dated this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE